1042

[No. 17552-5-II.   Division Two.   February 9, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEX N. RAPHAEL, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 93-1-00273-2, M. Karlyn Haberly, J., entered September 24, 1993. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, A.C.J., and Turner, J.

[No. 17645-9-II.   Division Two.   February 9, 1996.]

CLARK COUNTY NATURAL RESOURCE COUNCIL, ET AL., *Appellants*, v. CLARK COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 92-2-03128-8, Richard D. Hicks, J., entered September 27, 1993. *Affirmed* by unpublished opinion per Fleisher, J. Pro Tem., concurred in by Houghton, A.C.J., and Wiggins, J. Pro Tem.

[No. 17729-3-II.   Division Two.   February 9, 1996.]

ANGIE SCHRECENGOST, *as Personal Representative, Appellant*, v. OWENS-CORNING FIBERGLAS CORPORATION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 92-2-00630-0, James I. Maddock, J., entered November 17, 1993. *Reversed* by unpublished opinion per Fleisher, J. Pro Tem., concurred in by Houghton, A.C.J., and Wiggins, J. Pro Tem.

[No. 17742-1-II.   Division Two.   February 9, 1996.]

AL ALLEN, *Respondent*, v. PAT HEALY, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-2-10916-3, James Roper, J. Pro Tem. entered November 3, 1993. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld, C.J., and Morgan, J.